THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SHAKIR HEWITT, Appellant. [951 NYS2d 403]—

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Eng, P.J., Mastro, Dickerson and Sgroi, JJ., concur.